

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-13-00814-CV

**IN RE** Andrea Hall **DOOLITTLE**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
                Rebeca C. Martinez, Justice
                Patricia O. Alvarez, Justice

Delivered and Filed:  November 27, 2013

PETITION FOR WRIT OF MANDAMUS DENIED

On November 20, 2013, relator Andrea Hall Doolittle filed a petition for writ of mandamus and an emergency motion to stay a hearing scheduled on motions to modify temporary orders in the underlying child custody proceeding. The court has considered relator's petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus and the emergency motion to stay are denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2010-CI-19384, styled *In the Interest of C.P.D. and A.P.D, Minor Children*, pending in the 224th Judicial District Court, Bexar County, Texas, the Honorable Laura Salinas presiding.